IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> SCILEX PHARMACEUTICALS INC. and SCILEX HOLDING COMPANY, <br><br> Defendants. | C.A. No. _____ |

**PLAINTIFF'S MOTION FOR CONFIDENTIAL TREATMENT
OF THE COMPLAINT AND ITS EXHIBIT L**

Plaintiff Takeda Pharmaceuticals U.S.A., Inc. ("Takeda"), by and through its attorneys, and pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Rule 5.1.3 of the Local Rules for the District of Delaware, hereby moves for the entry of an Order permitting the filing of the following documents under seal: **Takeda's Complaint and Exhibit L thereto**, submitted contemporaneously herewith.

In support of this motion, Takeda states as follows:

1. Takeda contemporaneously submits herewith its Complaint to this Court, UNDER SEAL, to initiate a lawsuit against Scilex Pharmaceuticals Inc. and Scilex Holding Company (collectively, "Scilex") for patent infringement, which stems from Scilex's submission of a labeling supplement in reference to New Drug Application ("NDA") No. 210942 to the United States Food and Drug Administration ("FDA") seeking approval to commercialize the branded product Gloperba® subject to Scilex's proposed revision to the product label ("Proposed Label") before the expiration of Takeda's patents.

1

2. The Complaint recites and describes (1) Scilex's submission of a labeling supplement in reference to NDA No. 210942 and communications thereof with FDA, (2) Scilex's notice letters to Takeda, including certifications to Takeda's patents under Food, Drug, and Cosmetics Act §§ 505(b)(2)(A)(i) and (iv), and (3) attaches as its Exhibit L, Scilex's Proposed Label.  Scilex's NDA submission and communication thereof with FDA, Scilex's notice letter to Takeda, and Scilex's Proposed Label contain Scilex's confidential and sensitive business information.  Takeda and Scilex entered into an Offer for Confidential Access ("OCA") dated October 23, 2023, where the parties agreed that such confidential information must be protected to preserve the legitimate business interests of Scilex.

3. Takeda respectfully requests leave to file under seal its Complaint and Exhibit L to protect the confidential and sensitive business information referenced in the Complaint and included in Scilex's Proposed Label.

4. Courts may "seal judicial records 'where they are sources of business information that might harm a litigant's competitive standing.'"  *In re Avandia Mktg., Sales Practices and Prod. Liab. Litig.,* 924 F.3d 662, 679 (3d Cir. 2019) (quoting *Republic of the Philippines v. Westinghouse Elec. Corp.,* 949 F.2d 662 (3d Cir. 1991) (internal quotation marks omitted)).  The moving party must show "that the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *Id.* at 672.

5. In furtherance of its motion, Takeda files contemporaneously herewith the Declaration of Thatcher A. Rahmeier, which demonstrates and explains the confidentiality of the information asserted by Takeda.

6. Takeda proposes that it will file redacted versions of the Complaint and Exhibit L thereto no later than five (5) days after the entry of the Order allowing the under seal filings.  This will allow Takeda an opportunity to confer with Scilex and will allow Scilex an opportunity to propose further redactions should it deem necessary.  Takeda will limit its proposed redactions to confidential and business sensitive information, disclosure of which "will work a clearly defined and serious injury" to Scilex.  *Avandia,* 924 F.3d at 672.

7. Takeda states that it will comply with the rules of this Court regarding preserving the confidentiality of the sealed information.

8. Regarding Scilex's confidential and sensitive business information, in the parties' executed OCA, Takeda and Scilex agreed that if Takeda includes such confidential information in any complaint or other pleading, then Takeda will seek the court's permission to file under seal.

WHEREFORE, in view of the foregoing, Takeda respectfully requests, that the Court grant its motion for confidential treatment.

Dated: November 6, 2023

*/s/ Francis DiGiovanni*
Francis DiGiovanni (No. 3189)
Thatcher A. Rahmeier (No. 5222)
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 467-4200
francis.digiovanni@faegredrinker.com
thatcher.rahmeier@faegredrinker.com

*Of Counsel:*
Edgar H. Haug
Porter F. Fleming
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
(212) 588-0800
ehaug@haugpartners.com
pfleming@haugpartners.com
*Attorneys for Plaintiff*