# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br>    Plaintiff, <br><br>    v. <br><br>SCILEX PHARMACEUTICALS INC. and SCILEX HOLDING COMPANY, <br><br>  Defendants. | : <br> : <br> : <br> : <br> :    C.A. No. _____ <br> : <br> : <br> : <br> : <br> : <br> : |

## [PROPOSED] ORDER

AND NOW, this _____ day of November, 2023, upon consideration of Plaintiff Takeda Pharmaceuticals U.S.A., Inc.'s Motion for Confidential Treatment of the Complaint and Its Exhibit L, it is hereby ORDERED that Plaintiff's Motion is GRANTED, and that:

1. Plaintiff's Complaint and Exhibit L thereto shall be filed under seal.

2. Plaintiff shall file redacted versions of the Complaint no later than five (5) days after the entry of this Order.

_____
United States District Court Judge