IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>SCILEX PHARMACEUTICALS INC. and SCILEX HOLDING COMPANY,<br><br>Defendants. | Civil Action No. 23-1264-RGA |

**CONSENT JUDGMENT AND ORDER OF PERMANENT INJUNCTION**

This action for patent infringement having been brought by Plaintiff Takeda Pharmaceuticals U.S.A., Inc. ("Takeda" or "Plaintiff") against Defendants Scilex Pharmaceuticals Inc. and Scilex Holding Company (collectively, "Scilex" or "Defendants") for infringement of United States Patent Nos. 7,619,004; 7,820,681; 7,964,648; 8,093,297; 8,097,655; and 8,440,722 (collectively, the "Litigated Patents"), by the product described in Scilex's New Drug Application ("Scilex's NDA") No. 210942, to the extent it includes Scilex's proposed revision to the product label set forth in Scilex's sNDA (the "Scilex Product"):

Plaintiff and Defendants have agreed to settle all claims arising out of the pleadings in this action and now consent to this Judgment and Order.

IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECREED:

1. For purposes of the above captioned action, this Court has jurisdiction over the parties and subject matter of this action.

2. The Litigated Patents and all claims therein are deemed valid and enforceable solely with respect to the Scilex Product marketed by, with the assistance of, or on behalf of, Scilex.

3. All affirmative defenses, claims, and counterclaims, which have been or could have been raised by Defendants in this action with respect to the validity or enforceability of the Litigated Patents solely in connection with Scilex's NDA and the Scilex Product are dismissed with prejudice.

4. Solely for the purposes of enforcing this Consent Judgment, Defendants admit that in the absence of a license, the making, selling, offering to sell, importing and/or using of the Scilex Product would infringe at least one claim of each of the Litigated Patents. As such, Judgment on the basis of infringement by Defendants of the Litigated Patents with respect to the Scilex Product is entered in favor of Plaintiff.

5. Except as otherwise authorized or licensed by Plaintiff, Defendants are hereby enjoined and estopped during the term of the Litigated Patents, from making any challenge to the validity or enforceability of the Litigated Patents solely with respect to the Scilex Product, or asserting that the Scilex Product does not infringe any of the asserted claims of the Litigated Patents.

6. Except as authorized or licensed by Plaintiff, Defendants and its officers, agents, servants, employees, affiliates, successors and all persons in active concert or participation with Defendants, are permanently enjoined from using, offering for sale, making, selling, or manufacturing in the United States, or importing into the United States, the Scilex Product or inducing or assisting others to use, offer for sale, make, sell, or manufacture in the United States, or import into the United States, the Scilex Product.

7. The foregoing injunctions against Scilex shall take effect immediately upon entry of this Judgment and Order by the Court and shall continue until the expiration of the Litigated Patents, except as otherwise authorized or licensed by Plaintiff.

8. Any Protective Order entered by the Court in this action shall remain in full force and effect notwithstanding the conclusion of this action.

9. The parties waive all right to appeal from this Judgment and Order.

10. Each party is to bear its own incurred costs, expenses, and attorneys' fees.

11. With respect to Scilex's NDA and the Scilex Product as both are described and defined by the parties in their settlement agreement and license agreement entered into to resolve this litigation, nothing herein shall prohibit or restrict (i) Defendants from maintaining or filing Paragraph IV certifications in Scilex's NDA under 21 U.S.C. § 355(b)(2)(A)(iv) and serving the required notice letters and (ii) the Food and Drug Administration from reviewing or approving Scilex's NDA.

Dated:  May 3, 2024

*Respectfully submitted,*

| FAEGRE DRINKER BIDDLE & REATH LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/Francis DiGiovanni* | */s/John C. Phillips, Jr.* |
| Francis DiGiovanni (No. 3189) | John C. Phillips, Jr. (No. 110) |
| Thatcher A, Rahmeier (No. 5222) | Megan C. Haney (No. 5016) |
| 222 Delaware Avenue, Suite 1410 | 1200 N. Broom St |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 467-4200 | (302) 655-4200 |
| francis.digiovanni@faegredrinker.com | jcp@phmdelaw.com |
| thatcher.rahmeier@faegredrinker.com | mch@pmhdelaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Takeda Pharmaceuticals US.A., Inc.* | *Sci/ex Pharmaceuticals Inc. and Scilex Holding Company* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Edgar H. Haug<br>Porter F. Fleming<br>Jonathan A. Herstoff<br>Camille Y. Turner<br>HAUG PARTNERS LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>(212) 588-0800<br>ehaug@haugpartners.com<br>pfleming@haugpartners.com<br>jherstoff@haugpartners.com<br>cturner@haugpartners.com | William R. Zimmerman<br>Joseph M. Reisman<br>Ashley C. Morales<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3979 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>(858) 707-4000<br>bill.zimmerman@knobbe.com<br>joseph.reisman@knobbe.com<br>ashley.morales@knobbe.com |

SO ORDERED

Dated: _____

_____
THE HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

4